IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Oceana,** et al.,

Plaintiffs,

v.

**Bureau of Ocean Energy Management,** et al.,

Defendants,

and,

**American Petroleum Institute,** et al.,

Intervenors.

Case No. 1:12-cv-00981-RC

**Declaration of David M. Bernhart in Support of Federal Defendants' Motion for Summary Judgment**

I, David M. Bernhart, declare as follows:

1. I am the Assistant Regional Administrator for the Protected Resources Division in the Southeast Regional Office of the National Marine Fisheries Service ("NMFS"). I supervise Division activities, including interagency cooperation under Section 7 of the Endangered Species Act.

2. The Bureau of Ocean Energy Management ("BOEM") and the Bureau of Safety and Environmental Enforcement ("BSEE"), of the U.S. Department of the Interior, and NMFS are currently engaged in formal consultation under the ESA on the effects of BOEM's leasing program under the Outer Continental Shelf Lands Act ("OCSLA") in the Gulf of Mexico on threatened and endangered species. These activities were most recently evaluated in a 2007 biological opinion.

3. NMFS is moving expeditiously to complete this consultation and, in our judgment a final biological opinion can be produced by October 31, 2014, based on implementation of the attached timeline.

4. BOEM requested reinitiation of consultation on the 2007 opinion with NMFS on July 30, 2010, after the Deepwater Horizon incident. Following the reinitiation request, NMFS worked closely with BOEM and BSEE through a series of conference calls, meetings, and letters to (1) define the scope of the proposed action under consultation, in light of the Deepwater Horizon incident and other new information available since the 2007 biological opinion was issued; (2) assist in the production of a Biological Assessment ("BA") on the proposed action, including thorough review and comment on BOEM's April 24, 2012 draft BA; and (3) develop an interim review process under the ESA for permits issued by BOEM or BSEE pending completion of the reinitiated consultation. On February 7, 2013, BOEM transmitted a final BA and supporting information to NMFS.

5. Following receipt of the final BA, NMFS, BOEM, BSEE, and the Environmental Protection Agency ("EPA") held a conference call on March 12, 2013, to discuss the BA, outstanding data requirements, and the need for an extended consultation timeline. On March 29, 2013, NMFS sent a letter to BOEM acknowledging receipt of the final BA and initiation of consultation, identified additional information and analyses needed to complete the consultation, and transmitted a detailed timeline for completing the consultation. The timeline was slightly revised on June 18, 2013, to extend the consultation timeline by one week. That revised timeline is attached.

6. The ESA and its regulations require the completion of a biological opinion within 135 days from the initiation of consultation or "within such other period of time as is mutually agreeable to" the action and consulting agencies (except in those cases, unlike here, where there is an "applicant" as defined by the ESA) 16 U.S.C. § 1536(B)(1); 50 C.F.R. § 402.14(e). For the reasons explained below, NMFS, BOEM, and BSEE agree that additional

time is necessary to complete this biological opinion and have mutually agreed (through a verbal agreement during the May 13, 2013, conference call, and formally through the attached letter dated August 9, 2013) to the schedule set out in this declaration and the attachment.

7. While NMFS has been working diligently to complete this biological opinion, it needs until October 31, 2014, to issue the final opinion. This timeline includes a six month review of a draft biological opinion that is to be issued to BOEM by May 22, 2014. The extended timeframe for consultation is necessary for several reasons. First is the broad scope of this project, which is far broader than the scope of the 2007 opinion. The consultation will involve a very large action area (the entire northern Gulf of Mexico and Florida Atlantic coast) including ten endangered or threatened species and critical habitats for four species covering an area of 12,885 square kilometers. The consultation will also include opinions on any of seven coral species currently proposed for listing, and on critical habitat currently proposed to be designated for loggerhead sea turtles. The consultation will cover all active leases issued under a number of previous five-year lease sale plans, and new leases projected to be let over the next ten years, in contrast to previous opinions which were issued for separate five-year leasing programs. Given the potential 40-year life of an individual lease sale, the opinion will cover approximately a 50-year time horizon. The agencies agreed this scope more realistically fits the nature of leasing and development activities in the Gulf of Mexico, and their potential impacts on listed species and their habitats. Second is the significant scientific and regulatory complexity of the project. The proposed action involves many interrelated actions by BOEM, BSEE, and the EPA, covering all actions these agencies take to approve or review the activities associated with leasing, exploration, development, and

decommissioning of oil and gas leases under the OCSLA. The analysis of how all of the interrelated components of the program cumulatively affect protected species will require more time than is usually needed to complete a biological opinion, particularly given the need to evaluate relevant impacts of the Deepwater Horizon incident. Third, the multiple agency participants will require a higher degree of coordination among the different offices than is normally expected. NMFS developed the attached detailed timeline for completing the consultation to ensure that personnel involved in the analyses and reviews implement their responsibilities in a timely fashion to keep the consultation moving toward completion. The Southeast Region of NMFS covers 8 states and the Caribbean. The Region only has 16 staff to cover ESA Section 7 consultation work for that geographic area and the several hundred consultation requests per year sent to the Region for review. Of the 16 staff devoted to Section 7 consultation work, 2 (or 13% of the staff) are working on this consultation. The time commitment required of both consulting biologists for this project is intensive, in order to competently review the extensive BA, compile and analyze pertinent scientific literature, complete the necessary coordination with other NMFS offices, and synthesize available data and information to draft this detailed and complex biological opinion.

8. NMFS, BOEM, and BSEE participate in biweekly and monthly conference calls to ensure progress is being made, the consultation is proceeding according to the projected timeline, and to timely identify issues and information needs that must be resolved in order for the timeline to be met.

9. The complexity of the consultation underway is unprecedented for my Division. Meeting the October 31, 2014, deadline is ambitious and as noted requires adherence to the attached timeline by a number of agencies

and timely provision of needed information and analyses, and does not account for unforeseen emergencies. A court order requiring NMFS to complete this biological opinion on a shorter schedule would threaten NMFS's ability to conduct a thorough and reasoned analysis of the effects of this agency action on threatened and endangered species.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2013.

David M. Bernhart

Attachments

**Proposed Timeline for the Programmatic Biological Opinion with BOEM, BSEE, and EPA on Oil and Gas Activities in the Gulf of Mexico**

**Revised June 18, 2013**

Notes about the Timeline Table –

- This table assumes that no major emergencies come up. The ability to meet this timeline depends on how quickly BOEM/BSEE/EPA can provide NMFS with additional information.
- Monthly check-ins with BOEM/BSEE/EPA are included in the table.
- Orange – BOEM/BSEE/EPA actions
- Blue – Check-ins and Actions with BOEM/BSEE/EPA
- Gray-Green – NMFS PR Actions
- Pink – NMFS GC Actions

| **Proposed Timeline for GOM-wide Programmatic BiOp**<br><br>**NMFS' Development of Draft BiOp** | | |
|---|---|---|
| **Action** | **Comments and/or Date for Completion** | **DATE COMPLETED** |
| DOI sends BA to NMFS | | February 7, 2013 |
| NMFS reviews BA to determine Completeness and Provides RAI to BOEM/BSEE/EPA | Consultation Initiated and RAI. | May 31, 2013 |
| Meeting with BOEM/BSEE/EPA on spill analysis. | **(Discussed on March 12, 2013 teleconference)** | NOT COMPLETED |
| PR shares draft proposed action, status of the species, and consultation history with GC | | May 7, 2013 |
| GC review completed on BiOp sections | | May 14, 2013 |
| PR sends draft proposed action, and consultation history to BOEM/BSEE/EPA for 30-Day review. | | June 19, 2013 |
| Agreement with GC in SERO and Headquarters on Tier 2 review based on BA | By July 21 2013, Internal conversation with NMFS on Tier 2. | |
| BOEM and EPA provide review of Proposed Action to NMFS | By July 21. 2013 | |
| NMFS shares draft Tier 2 for discussion | By August 21, 2013, BOEM/ BSEE/EPA begin review of Tier 2. | |

| | | |
|---|---|---|
| Check-in with BOEM/BSEE/EPA on BiOp | By September 21, 2013 BOEM/BSEE/EPA provides response to draft Tier 2, RAI provided, proposed action, status of the species, and consultation history. | |
| PR provides GC with sections of the BiOp for review | By November 6, 2013 GC starts looking at sections of BiOp and provides feedback to PR. | |
| GC initial review of BiOp | By December 21, 2013 GC provides feedback on BiOp sections. | |
| Complete draft of BiOp prepared by SERO PR at staff level and submitted into PR review | By January 6, 2014 This includes both SERO and HQ working together to develop BiOp | |
| SERO PR Completes QA/QC review of BiOp | By February 9, 2014 Branch Chief, QA/QC reviewer, and ARA review complete | |
| BiOp Sent to GC for review | By February 11, 2014 PR sends GC Completed Draft BiOp for review. | |
| GC final review and clearance BiOp | By May 6, 2014 GC at SERO and HQ complete review of BiOp. This time period includes coordination with SERO PR and HQ PR to address GC comments on BiOp. | |
| PR completes draft final BiOp | By May 7, 2014 BiOp reviewed by Directorate's' office and OPR management | |
| PR completes draft final BiOp | By May 21, 2014 Any questions from Directorate's office resolved. | |
| PR sends BOEM/BSEE/EPA draft final BiOp | By May 22, 2014 Cover letter and draft final BiOp transmitted | |
| **BOEM/BSEE/EPA Review of Draft BiOp** | | |
| BOEM/BSEE/EPA begin review of draft final BiOp | By May 25, 2014 Draft final BiOp review begins | |
| Check-in with BOEM/BSEE/EPA on BiOp | By June 21, 2014 How BOEM/BSEE/EPA is progressing on BiOp review? | |
| Check-in with BOEM/BSEE/EPA on BiOp | By July 21, 2014 How BOEM/BSEE/EPA is progressing on BiOp review? | |

| | | |
|---|---|---|
| BOEM/BSEE/EPA provide comments back to SERO PR and HQ PR on draft final BiOp. | By August 21, 2014 BOEM/BSEE/EPA review changes with SERO PR and HQ PR | |
| PR finalizes BiOp | By October 23, 2014 PR completes BiOp and sends it to BOEM/BSEE/EPA – This date includes all final coordination with GC, SERO PR and HQ PR. | |

| **TELECONFERENCE SCHEDULE FOR COORDINATION CALLS** | |
|---|---|
| **July 8, 2013 @ 2pm** | Monthly Call – NMFS BOEM, BSEE, and EPA |
| **July 22, 2013 @ 2 pm** | Biweekly Call – NMFS, BOEM, and BSEE |
| **August 5, 2013 @ 2pm** | Monthly Call – NMFS BOEM, BSEE, and EPA |
| **August 19, 2013 @ 2pm** | Biweekly Call – NMFS, BOEM, and BSEE |
| **September 16, 2013 @ 2pm** | Biweekly Call – NMFS, BOEM, and BSEE |
| **September 30, 2013 @ 2pm** | Monthly Call – NMFS BOEM, BSEE, and EPA |
| **October 28 @ 2pm** | Monthly Call – NMFS BOEM, BSEE, and EPA |
| **November 25, 2013 @ 2pm** | Monthly Call – NMFS BOEM, BSEE, and EPA |
| **December 9, 2013 @ 2pm** | Biweekly Call – NMFS, BOEM, and BSEE |
| **January 6, 2014 @ 2pm** | Monthly Call – NMFS BOEM, BSEE, and EPA |
| **February 3, 2014 @ 2pm** | Monthly Call – NMFS BOEM, BSEE, and EPA |
| **March 3, 2014 @ 2pm** | Monthly Call – NMFS BOEM, BSEE, and EPA |
| **March 17, 2014 @ 2pm** | Biweekly Call – NMFS, BOEM, and BSEE |
| **March 31, 2014 @ 2pm** | Monthly Call – NMFS BOEM, BSEE, and EPA |
| **April 14, 2014 @ 2pm** | Biweekly Call – NMFS, BOEM, and BSEE |
| **April 28, 2014 @ 2pm** | Monthly Call – NMFS BOEM, BSEE, and EPA |
| **May 12, 2014 @ 2pm** | Biweekly Call – NMFS, BOEM, and BSEE |
| **June 9, 2014 @ 2pm** | Biweekly Call – NMFS, BOEM, and BSEE |
| **June 23, 2014 @ 2pm** | Monthly Call – NMFS BOEM, BSEE, and EPA |
| **July 8, 2014 @ 2pm** | Biweekly Call – NMFS, BOEM, and BSEE |

**EST Times**



United States Department of the Interior

BUREAU OF OCEAN ENERGY MANAGEMENT
Gulf of Mexico OCS Region
1201 Elmwood Park Boulevard
New Orleans, LA 70123-2394

In Reply Refer To: GM 673E

AUG 09 2013

Dr. Roy Crabtree
Regional Administrator
National Marine Fisheries Service
Southeast Regional Office
263 13th Avenue South
St. Petersburg, Florida 33701

*Via U.S. Mail and Electronic Mail*

Dear Dr. Crabtree:

This letter notifies you that the Bureau of Ocean Energy Management (BOEM) and the Bureau of Safety and Environmental Enforcement (BSEE) have reviewed the National Marine Fisheries Service (NMFS) proposed schedule for completion of the Endangered Species Act (ESA) Section 7 consultation. The consultation was initiated by the Minerals Management Service, the predecessor agency to BOEM and BSEE, in 2010 following the *Deepwater Horizon* explosion and spill. In ongoing discussions between representatives of BOEM, BSEE, and NMFS, the consultation scope has been expanded and now envisions a programmatic approach that will result in a Biological Opinion (BiOp) that will supersede all previous BiOps issued by NMFS. Given the complexities of pursuing a consultation on this scale, the agencies agree that consultation cannot be completed within the timeline contemplated under the ESA and are therefore pursuing a stipulated timeline for completion of the consultation under 50 CFR 402.12(i).

Per your request, BOEM and BSEE have reviewed the in-depth schedule and timeline proposed by NMFS for completion of the ESA consultation and issuance of the BiOp. Both BOEM and BSEE agree that the October 2014 target date is a reasonable timeframe for completion of this ESA Section 7 consultation, given the complexities and scope of the proposed action(s) involved. As acknowledged by all of the parties to the consultation, the complexities and information to be reviewed prevent the agencies from completing consultation in the statutorily prescribed timeline. BOEM and BSEE also acknowledge that as the consultation progresses, there may be a need to adjust the intermediate deadlines in the schedule as more information is reviewed and discussions between the agencies continue, but note that the target completion date is appropriate and expect that date should not have to shift by more than a few weeks. This ESA

consultation must be completed within a reasonable timeframe, and the agencies agree that October 2014 is a reasonable projection.

In the meantime, the agencies will continue the interim review measures we have previously agreed upon and the measures contained in the 2007 BiOp will continue to be implemented for relevant actions. As you know, the Outer Continental Shelf Lands Act provides the Secretary of the Interior, acting through BOEM and BSEE, the authority to employ measures necessary to prevent jeopardy at all stages of the oil and gas development process (even after activities are approved and underway), should this current BiOp conclude that such measures are necessary to prevent jeopardy to any listed species or designated critical habitat.

If you have any questions regarding the above information or request any additional information for clarification, please do not hesitate to contact Dr. Tre Glenn at (504) 736-1749 or tre.glenn@boem.gov. For BSEE, please contact Dr. Deborah Epperson by telephone at (504) 736-3257 or via e-mail at deborah.epperson@bsee.gov. BOEM and BSEE look forward to working with you on the orderly development of this BiOp and conclusion of formal consultation.

Sincerely,

John L. Rodi

John L. Rodi
Regional Director, BOEM

I concur:

Lars Herbst

Lars Herbst, Regional Director, BSEE

cc: Mr. Kyle Baker
National Marine Fisheries Service
Southeast Regional Office
Protected Resources Division
Interagency Cooperation Branch
263 13th Avenue South
St. Petersburg, Florida 33701

Ms. Cathy Tortorici
Branch Chief, Interagency Cooperation Branch
National Marine Fisheries Service
Southeast Regional Office
Protected Resources Division
263 13th Avenue South
St. Petersburg, Florida 33701

Ms. Gina Shultz
Division Chief, Endangered Species Act Interagency Cooperation Division
National Marine Fisheries Service
Office of Protected Resources
1315 East-West Highway
Silver Spring, Maryland 20910

Ms. Deborah Ben-David
Attorney Advisor General
NOAA, Office of General Counsel
1315 East-West Highway
SSMC-3 Room 15115
Silver Spring, Maryland 20910

Mr. Mark Hodor
Deputy Section Chief, Protected Resources and Habitat
Fisheries and Protected Resources Section
NOAA, Office of General Counsel
1315 East-West Highway
SSMC-3 Room 15115
Silver Spring, Maryland 20910

Ms. Cheryl Scannell
Attorney Advisor General
NOAA, Office of General Counsel
263 13th Avenue South
Suite 177
St. Petersburg, Florida 33701

Mr. Gregg M. Worley
Chief, Air Permits Section
United States Environmental Protection Agency
Region 4
Atlanta Federal Center
61 Forsyth Street
Atlanta, Georgia 30303-8960

Mr. TJ Broussard
Chief, Environmental Enforcement Branch (GE 466)
Bureau of Safety and Environmental Enforcement
Gulf of Mexico OCS Region
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123