UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OCEANA et al.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**BUREAU OF OCEAN ENERGY MANAGEMENT et al.,**<br><br>    Defendants,<br><br>and<br><br>**AMERICAN PETROLEUM INSTITUTE et al.,**<br><br>    Intervenors. | Civil Action 12-981 (RC) |

**ORDER**

For the reasons set forth in the memorandum opinion published this same day, the defendants' motion to transfer venue [Dkt. # 46] is **DENIED**.

**SO ORDERED** this 23rd day of August 2013.

                                                                Rudolph Contreras
                                                                United States District Judge